STATE OF NEW JERSEY v. RONNIE SNYDER.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD TELEPO.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM C. BUTLER.

October 15, 1986.

Petition for certification denied.

IN RE CONTEMPT OF MILTON J. CONKLIN, JR.

October 15, 1986.

Petition for certification denied.